UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-CR-20198-KMW

UNITED STATES OF AMERICA

vs.

ASLEY DEL SOL FERNANDEZ,
YAIR DEL SOL,
OSMANY RUMBAUT CASTELLON, and
ANAILY SOSA,

Defendants.
_____/

**ORDER GRANTING UNITED STATES'S OMNIBUS MOTION TO WITHDRAW PENDING MOTIONS FOR PRELIMINARY ORDER OF FORFEITURE**

THIS CAUSE is before the Court upon motion of the United States of America for leave to withdraw its pending motions for preliminary order of forfeiture, ECF Nos. 151, 152, 153, and 156. Being fully advised in the premises and based on the United States' motion and record in this matter, it is hereby

**ORDERED** and **ADJUDGED** as follows:

1. The United States' motion to withdraw pending motions for preliminary order of forfeiture, ECF Nos. 151, 152, 153, and 156, is **GRANTED**.

2. The Court will retain jurisdiction over this matter and the parties to enter such further orders as may be necessary.

**DONE AND ORDERED**, in Chambers, at Miami, Florida this 14th day of December 2022.

_____
KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE