

Date: April 12, 2023

Case No: 19-20198-CR-WILLIAMS

**Re: Defendant's Unopposed Motion for Early Termination of Supervised Release.**

I, Anaily Sosa, the Defendant; respectfully request to this honorable court an order terminating my supervised release.

## Procedural Background

1. I, Anaily Sosa, on August 27, 2019, pled guilty to one (1) of a four-count Indictment. Count One of conspiracy to commit health care fraud.

2. My guilty plea was based on my role of being owner of a pharmacy called Jagua Pharmacy, Inc. While the owner of Jagua Pharmacy Inc Medicare paid $ 831,430.00

3. On November 26, 2019, I was sentenced to sixteen (16) months imprisonment followed by 3 years of supervised release. I was ordered to pay $ 831,430.00 in restitution. I surrendered February 21, 2020, to serve my sentence. Due to COVID-19 Pandemic, and according to new protocols, applied by The Federal Bureau of Prisons, I was transferred to Home Confinement on June 30, 2020.

## Personal Background & History Since Being Released

4. I am 37 years old and have lived in South Florida all my life since I arrived from my native country of Cuba 2009. I have no previous criminal convictions.

5. I have been with my significant other for over fifteen (15) years and have two children with my husband between the ages of 8 and 11. I love my family and spend as much time as possible with them.

6. I concluded my sentence on April 5, 2021, and received an offer to work for GRC Lending, a mortgage broker company as a Processor.

7. I commenced work with GRC Lending on or about May 24, 2021, and remained there until July of 2022. I immediately began to pay my debt to the government as mandated by this Honorable Court.

8. On or about July 2022, I received an offer to begin working for a new employer as an office manager. I accepted the position with Law Group of South Florida, LLC, as an Office Manager, and commenced work on or about August 2022. I decided to accept this new offer as is offered a better opportunity for growth and an increased payrate, allowing me to better care for my family and continue to make restitution payments as mandated by this Honorable Court.

9. When I am not working, I love to spend my leisure time with my family. I plan to continue growing in my position and dedicate as much time as possible to my family and friends, specially my two sons, supporting them in their school activities, and being an integral part of the formation of their values, and present in all moments of their lives.

10. Despite my obligation to my family, I continue to meet my restitution obligations. Thus far, the Clerk Court has received $ 4,396.07 in restitution payments. The $ 100.00 special assessment fee has also been satisfied.

11. It is also noteworthy that upon my release from prison, I immediately commenced looking for work, reincorporated myself into society, and started sending restitution payments of the 10% of my gross income without any prompting or instruction from United States Probation at a time when I was only required to send $ 25.00 monthly due to the COVID-19 Pandemic. I did this because I was not sure when I would be contacted by my assigned Probation Officer and wanted to comply immediately with the Final Judgement condition

set forth by this Honorable Court. I was finally contacted by my Probation Officer three (3) months after I started probation.

12. I currently pay $ 307.69 per month towards restitution.

13. My family, friends and employer want me to move forward with my life and want to contribute as a gift with the payment in full of my monthly payment restitution for the remaining of my probation time. My family and friends want me to be able to participate in my sons school activities that require traveling outside the southern district, to be able to visits my parents in Cuba, since 5 years has passed without seeing my parents, my mother is 73 years old and was diagnosed and treated with cancer, my grandma recently passed away and I was unable to see her. My father is 71 years old, and we are very close to each other. My employer is also planning to expand the office locations out of the southern district and my current situation is preventing me from growing in my position.

14. Thus far, I have complied with all conditions of supervised release and have become an upstanding member of society.

15. Terminating supervised release at this time is consistent with the interest of justice. The crime I was sentenced for occurred in 2014, since then I have continuously worked, actively provided for my family and have been involved in my two kids' education as a dedicated mom. Since being released from prison, I have secured employment and have provided for my family. I have been compliant with all the terms of my supervised release including the payment of restitution. While it is clear I will never be able to satisfy the outstanding balance of remaining restitution in the remaining time of supervised release I have left, I have demonstrated a commitment to paying the restitution.

16. In sum, my actions, and behaviors since being released from prison are indicative of a person who has respect for the law and for meeting my everyday obligations. In light of having no prior criminal history and my compliant behavior during supervised release thus far, it is clear the risk of recidivism is minimal to non-existent. I have a personal compromise with myself and especially with my two sons, I will never again put myself in a position that has the slightest chance of separating us again. This was a painful process from where I do not take any pride, and from which I learned a hard lesson. I am fully aware of the short- and long-term consequences of my decisions in the past.

17. Therefore, I respectfully request an order terminating my supervised release.

Respectfully submitted,

Anaily Sosa

# LAW GROUP OF SOUTH FLORIDA, LLC
### ATTORNEYS AT LAW

Andy Loynaz, Esq.  
Aloynaz@lawgroupsf.com  
Santino Ruiz, Esq.  
Sruiz@lawgroupsf.com  

Ocean Bank Building  
782 N.W. Le Jeune Road, Suite 450  
Miami, Florida 33126  

Tel. (305) 260-6147  
Fax. (305) 675-9286  

Thursday, April 13, 2023

UNITED STATES DISTRICT COURT  
400 N. Miami Avenue 8th Floor  
Miami. Fl 33128

RE: <u>Anaily Sosa Letter of Recommendation</u>

Honorable Judge Williams:

    My name is Santino Ruiz, Esq., I am the Founding Partner for Law Group of South Florida, LLC. I highly recommend Anaily Sosa as a person and as an employee. Anaily Sosa has been working as Office Manager for our firm since August 2022. During this time, she demonstrated that she is a very valuable asset, completing a plethora of tasks. Anaily Sosa has quickly demonstrated a very high aptitude in case management and organization.

    I can assure you that Anaily Sosa has a work ethic that is second to none and her skills are nothing short of exemplary. Anaily Sosa is a constant top performer in our firm, she always exceeded our expectations. Anaily Sosa has integrated our staff together and created a team that work in the best interest of delivering our clients a service of excellence, who always places the client's and firm's needs above her own. Anaily Sosa excels at her position.

    I strongly recommend Anaily Sosa as she is an excellent professional and dedicated person. I am more than willing to provide more information about Ms. Sosa if needed.

    Respectfully,

    Law Group of South Florida, LLC.

    By: \_\_\_\_/s/ Santino Ruiz_____  
           Santino Ruiz, Esq.  
           FL Bar No. 1007721



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

United States District Court
400 N Miami Avenue 8th Floor
Miami FL 33128

9590 9402 7580 2098 1715 92

2. Article Number (Transfer from service label)

7022 3330 0001 2733 1537

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt