CFN: 20230507300 BOOK 33804 PAGE 3059
DATE:07/24/2023  09:49:09 AM
JUAN FERNANDEZ-BARQUIN
CLERK OF THE COURT & COMPTROLLER
MIAMI-DADE COUNTY, FL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-20198-CR-WILLIAMS/Torres

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

ASLEY DEL SOL FERNANDEZ, et al.,

      Defendant(s).

_____/

## RELEASE OF LIS PENDENS

GRANTEE:   Yair Del Sol Fernandez, a single man,

TO:   ALL PERSONS WHO MAY CLAIM BY, THROUGH, OR UNDER EITHER THE DEFENDANT AND/OR GRANTEE any interest in the real property described herein.

NOTICE IS HEREBY GIVEN that a Notice of *Lis Pendens* recorded in Miami-Dade County Recorder's Office on April 24, 2019, in Official Record Book 31414, Page 1474 of the Public Records of Miami-Dade County, Florida, giving notice of the pendency of forfeiture proceedings in the above-referenced case is hereby **released and discharged**. The property affected by this release is located at **6841 SW 2nd Terrace, Miami, Florida 33144**, more particularly described as:

> Lot 3, Block 8, PRINCESS PARK MANOR, according to the Plat thereof, as recorded in Plat Book 50, at Page 18, of the Public Records of Miami-Dade County, Florida.

Folio No. 0l-4002-002-1170

Information concerning this action may be obtained from the records of the Clerk of Court for the United States District Court at Miami, Florida.

          Respectfully submitted,

          MARKENZY LAPOINTE
          UNITED STATES ATTORNEY

By: *Gabrielle Raemy Charest-Turken*
      Gabrielle Raemy Charest-Turken (Fla. Bar # 15939)
      Assistant United States Attorney
      Email: Gabrielle.Charest-Turken@usdoj.gov
      99 N.E. 4th Street, Suite 700
      Miami, Florida 33132-2111
      Telephone: (305) 961-9365